# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2967 Disciplinary Docket No. 3 |
| | : | |
| PATRICK FRANCIS LOMAX | : | No. 40 DB 2023 |
| | : | |
| | : | (Court of Common Pleas of Delaware |
| | : | County, Case No. CP-23-CR-0001172- |
| | : | 2020) |
| | : | |
| | : | Attorney Registration No. 92676 |
| | : | |
| | : | (Montgomery County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2023, having indicated that he has no objection to being placed on temporary suspension following his criminal conviction, Patrick Francis Lomax is temporarily suspended. *See* Pa.R.D.E. 214(d). Respondent shall comply with the provisions of Pa.R.D.E. 217.

    Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of any charges underlying this Order are specifically preserved. *See* Pa.R.D.E. 214(d)(4) and (f)(2).